UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL PORTER, | ) | Case No. CV 11-5183 GAF(JC) |
| Petitioner, | ) ) | (PROPOSED) |
| v. | ) ) | JUDGMENT |
| R. PHILIP GUTIERZ, | ) ) | |
| Respondent. | ) ) | |

_____

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:   November 10, 2011

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE